UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TREVA SUDELL JONES,
    PLAINTIFF,

v.

CIVIL ACTION NO.:
1:17-cv-01167-STA-egb

TRANSUNION LLC,
    DEFENDANTS.

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TRANSUNION LLC WITH PREJUDICE

In accordance with the parties' Joint Stipulation of Dismissal of Defendant TransUnion LLC, with Prejudice, filed on December 18, 2018, the Court orders that this action against TransUnion LLC shall be, and is, **DISMISSED WITH PREJUDICE**. Said parties to bear their own costs and attorneys' fees and are taxed as paid.

DONE and ORDERED this 18th day of December, 2018.

s/ S. Thomas Anderson
**S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE**