# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TREVA SUDELL JONES,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| vs. | |
| **TRANSUNION LLC,** | CASE NO: 17-1167-STA-egb |
| **Defendant.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal of Plaintiff's Claims Against Defendant Transunion LLC with Prejudice entered on December 18, 2018, this cause is hereby DISMISSED with prejudice.

                                              APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 12/18/2018                    THOMAS M. GOULD
                                    Clerk of Court

                                        s/Maurice B. BRYSON

                                    (By)  Deputy Clerk